# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| JUSTIN WILLIAM STEPHEN SMITH,<br><br>Petitioner,<br><br>JIM SALMONSEN; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | CV 24-00114-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of August 22, 2024 (Doc. 3), judgment is entered in favor of Respondents and against Petitioner, and this action is DISMISSED.

Dated this 22nd day of August, 2024.

TYLER P. GILMAN, CLERK
By: /s/ M. Badaruddin
M. Badaruddin, Deputy Clerk